IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE YOUNG, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) No: 03-0376 |
| | ) |
| vs. | ) The Honorable Terrence F. McVerry |
| | ) |
| NEW SEWICKLEY TOWNSHIP, A Political Subdivision, and DALE KRYDER, an individual and in his official capacity as the Chief of Police of New Sewickley Township, | ) ) ) ) ) |
| | ) **ELECTRONICALLY FILED** |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.** | **SCANLON & SANSONE** |
| By: s/ Christian D. Marquis, Esquire | By: s/ Joel S. Sansone, Esquire |
| Christian D. Marquis, Esquire | Joel S. Sansone, Esquire |
| Pa. I.D. #85070 | Pa. I.D. #41008 |
| Patricia A. Monahan, Esquire | 2300 Lawyers Building |
| Pa. I.D. #58784 | 428 Forbes Avenue |
| 2900 U.S. Steel Tower | Pittsburgh, PA 15219 |
| 600 Grant Street | 412-281-9194 |
| Pittsburgh, PA 15219 | 412-281-8589 |
| 412-803-1140 | Attorney for Plaintiff |
| 412-803-1188 | joelsansone03@msn.com |
| Attorneys for Defendants | |
| cdmarquis@mdwcg.com | |
| pamonahan@mdwcg.com | |

12/541916.v1